No. 800. WALTER S. EDDY ET AL., ETC., PETITIONERS, *v.* CAROLINE M. EDDY. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Watts S. Humphrey* and *Mr. Benton Hanchett* for petitioners. *Mr. Alfred Lucking* for respondent.

---

No. 801. J. A. SCRIVEN COMPANY, PETITIONER, *v.* M. M. NEWCOMER ET AL. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Arthur von Briesen* and *Mr. George W. Case, Jr.,* for petitioner. *Mr. T. S. Webb* and *Mr. Lewis M. G. Baker* for respondents.

---

No. 806. THE SNARE & TRIEST COMPANY, PETITIONER, *v.* FANNIE FRIEDMAN, BY HER NEXT FRIEND, SAMUEL FRIEDMAN. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Hector M. Hitchings* for petitioner. No appearance for respondent.

---

No. 808. WILLIAM N. CAMP, PETITIONER, *v.* LAKE DRUMMOND CANAL & WATER COMPANY. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. H. Corbitt* and *Mr. T. D. Savage* for petitioner. *Mr. Theodore S. Garnett* for respondent.